IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN GRIFFIN BOWIE** § | | **PETITIONER** |
| § | | |
| v. § | **CIVIL ACTION NO. 1:07CV124-LG-RHW** | |
| § | | |
| **RONALD KING, REGINA HANCOCK,** § | | |
| **and STATE OF MISSISSIPPI** § | | **RESPONDENTS** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [19] of United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [19] of Magistrate Judge Robert H. Walker entered on August 14, 2008, be, and the same hereby is, adopted as the finding of this Court.  This lawsuit is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 27th day of August, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE